**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01201-CR

**DAVID DEWAYNE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-51368-H**

## ORDER

The Court **REINSTATES** the appeal.

On August 20, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 17, 2013, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the August 20, 2013 order requiring findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
           JUSTICE